# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Claudia Jane Hopper  
                Debtor(s)

BK NO. 24-00360 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2003-BC2 and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Michael Farrington*  
                              Michael Farrington  
                              29 Mar 2024, 14:31:46, EDT

                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA  19106  
                              215-627-1322